**F I L E D**
CLERK, U.S. DISTRICT COURT

10/14/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RYO_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>WILO BYRON NUNEZ,<br><br>          Defendant. | CR No. 2:25-cr-00827-RGK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about September 24, 2025, in Los Angeles County, within the Central District of California, defendant WILO BYRON NUNEZ, knowingly possessed the following firearms and ammunition, namely, a 9-millimeter Taurus G3C pistol bearing serial number ACM600532; a .22 caliber GSG AK47 rifle bearing serial number A350781; thirteen rounds of .50 AE caliber ammunition with headstamp "HORNADY 50 AE"; one round of 9mm luger caliber ammunition with headstamp "BLAZER 9mm LUGER"; twenty-four rounds of .38 SPL caliber ammunition with headstamp "PMC 38 SPL"; one round of .380 auto caliber ammunition with headstamp "PMC 380 AUTO"; ten rounds of 9mm caliber ammunition with headstamp "WMA 12"; and one round of 12 GA caliber ammunition

with headstamp "12 GA FEDERAL," each in and affecting interstate and foreign commerce.

Defendant NUNEZ possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.    Willfully Discharging a Firearm in a Negligent Manner, in violation of California Penal Code Section 246.3, in the Superior Court of the State of California, County of Los Angeles, case number NA053927-01, on or about August 8, 2023;

2.    Taking Vehicle Without Consent, in violation of California Vehicle Code § 10851(A), in the Superior Court of the State of California, County of Los Angeles, case number XSONA054670-01, on or about August 8, 2003;

3.    Stalking, in violation of California Penal Code § 646.9(A), in the Superior Court of the State of California, County of San Bernardino, case number FVA702061, on or about February 22, 2008; and

4.    Felon in Possession of Ammunition, in violation of California Penal Code § 30305(A)(1), in the Superior Court of the State of California, County of Los Angeles, case number XNOMA05710101, on or about November 6, 2012.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2.    If so convicted, defendant shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the

///

result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL


/s/
Foreperson


BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division


FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

ALEXANDRA S. KELLY
Assistant United States Attorneys
Transnational Organized Crime Section

4